UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 24370
   JAMES E TONEY
   COLLEEN M TONEY                       CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6784    SSN XXX-XX-0709
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/28/07 and confirmed on 04/02/08.

    2.  The case was dismissed after confirmation, 11/14/2008.

    3.  The Debtor paid a total of $  9107.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHICAGO AREA OFFICE FEDE | SECURED VEHIC | 25806.61 | 456.32 | 2249.48 |
| INTERNAL REVENUE SERVICE | PRIORITY | 25052.76 | 245.42 | 2674.52 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ARCHER HEIGHTS C U | UNSECURED | NOT FILED | .00 | .00 |
| ARCHER HEIGHTS C U | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CHGO ARE OCU | UNSECURED | NOT FILED | .00 | .00 |
| CHGO ARE OCU | UNSECURED | NOT FILED | .00 | .00 |
| CHGO ARE OCU | UNSECURED | NOT FILED | .00 | .00 |
| CHGO ARE OCU | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| HILCO RECEIVABLES LLC | UNSECURED | NOT FILED | .00 | .00 |
| HILCO RECEIVABLES LLC | UNSECURED | NOT FILED | .00 | .00 |
| KOMYATTE & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LOAN EXPRESS CO | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 1000.00 | 16.70 | 236.35 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                    UNSECURED    NOT FILED              .00          .00
PALISADES COLLECTION         UNSECURED    NOT FILED              .00          .00
PROFESSIONAL ACCOUNT MGM     UNSECURED    NOT FILED              .00          .00
PROVIDIAN NATIONAL BANK      UNSECURED    NOT FILED              .00          .00
REVENUE CYCL                 UNSECURED    NOT FILED              .00          .00
REVENUE CYCL                 UNSECURED    NOT FILED              .00          .00
SURETY FINANCE CORP          UNSECURED    NOT FILED              .00          .00
SURETY FINANCE CORP          UNSECURED    NOT FILED              .00          .00
TRIAD FINANCIAL CORP         UNSECURED    NOT FILED              .00          .00
WFNNB                        UNSECURED    NOT FILED              .00          .00
INTERNAL REVENUE SERVICE     UNSECURED     15941.17              .00          .00
AFFINITY CASH LOANS          UNSECURED    NOT FILED              .00          .00
PAYDAY LOAN                  UNSECURED    NOT FILED              .00          .00
MONTEREY FINANCIAL SVCS      UNSECURED       687.24              .00          .00
CHICAGO AREA OFFICE FEDE     UNSECURED      7756.81              .00          .00
```

Summary of disbursements:
-----------------------------------------------------------------------------

|                  | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 26806.61 | 25052.76 | 24385.22 | .00 | 76244.59 |
| PRINCIPAL PAID   | 2485.83  | 2674.52  | .00       | .00   | 5160.35  |
| INTEREST PAID    | 473.02   | 245.42   | .00       | .00   | 718.44   |
| TOTAL PAID       | 2958.85  | 2919.94  | .00       | .00   | 5878.79  |

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $   3500.00
and was paid $   800.00  direct and $   2700.00   through the plan.

The Trustee received $    528.21 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09               /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                    PAGE   3
CASE NO. 07 B 24370 JAMES E TONEY & COLLEEN M TONEY
```